Diosmaira v New York City Tr. Auth. (2025 NY Slip Op 02908)

Diosmaira v New York City Tr. Auth.

2025 NY Slip Op 02908

Decided on May 14, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CHERYL E. CHAMBERS
CARL J. LANDICINO
LAURENCE L. LOVE, JJ.

2022-05166
 (Index No. 705033/19)

[*1]Adames Mejia Juana Diosmaira, appellant,
v
New York City Transit Authority, respondent.

Jonah Grossman (Lawrence B. Lame, Jamaica, NY, of counsel), for appellant.
Anna J. Ervolina, Brooklyn, NY (Harriet Wong of counsel), for respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Joseph Risi, J.), entered June 22, 2022. The order, insofar as appealed from, denied that branch of the plaintiff's cross-motion which was for summary judgment on the issue of liability.
ORDERED that the appeal is dismissed, with costs to the defendant.
This appeal must be dismissed as the order appealed from was superseded by an order of the same court entered February 9, 2023, made upon reargument (see Diosmaira v New York City Tr. Auth., _____ AD3d _____ [Appellate Division Docket No. 2023-02064; decided herewith]).
BRATHWAITE NELSON, J.P., CHAMBERS, LANDICINO and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court